IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

RUTHIE DARLINE MIDDLETON                                    PLAINTIFF

v.                              Case No. 3:12-CV-03168

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                             DEFENDANT

## JUDGMENT

     Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED,

and ADJUDGED that the Commissioner's Motion to Remand (Doc. 10) is GRANTED, and this case

is remanded to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C.

§ 405(g).

     IT IS SO ADJUDGED this 2nd day of July, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE